**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13CV084-RJC-DSC**

| | |
|---|---|
| ANDY LEE WRIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| SECRETARY OF THE NC DEPT OF | ) |
| CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

## ORDER

**THIS MATTER** is before the Court on pro se Plaintiff's "Motion to Appoint Counsel" (document #2) and "Motion to Compel Production of Documents" (document #3) both filed February 11, 2013.

Plaintiff cites no authority supporting his request for court-appointed counsel in a civil case. Moreover, the Court is not aware of any case law, statute, Federal Rule of Civil Procedure, or Local Rule requiring the appointment of counsel in a civil case such as the one brought by Plaintiff, and no funds have been appropriated for that purpose.

Plaintiff's Motion to Compel Production of Documents is premature. This case is at its earliest stage. Discovery has not yet commenced. The Court cautions Plaintiff that he will be expected to comply with the Court's Orders, the Local Rules and the Federal Rules of Civil Procedure during the course of this litigation.

**IT IS THEREFORE ORDERED THAT:**

1. Plaintiff's "Motion to Appoint Counsel" (document #2) and "Motion to Compel Production of Documents" (document #3) are **DENIED**.

2. The Clerk is directed to send copies of this Order to pro se Plaintiff; to counsel for Defendant; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED.**

Signed: February 12, 2013

David S. Cayer
United States Magistrate Judge